**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Janet Komaniak | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No. 1:21-cv-00601-RLY-TAB |
| Cook Incorporated, et al. | ) | |
|     Defendant | ) | |

NOTICE OF SUGGESTION OF DEATH

Plaintiff, Janet Komaniak, by and through undersigned counsel and pursuant to Fed. R. Civ. P., 25, hereby suggests upon the record the death of Plaintiff, Janet Komaniak. Upon information and belief, Plaintiff Janet Komaniak died on or about May 1, 2023.

Date: 06/26/26

Respectfully submitted,
**FERRER POIROT FELLER**

/s/ James Hearon
James Hearon
Texas Bar No. 24095253
2603 Oak Lawn Ave, Suite 300
Dallas, Texas 75219
Telephone: 214.521.4412
Facsimile: 214.550.2696
jhearon@lawyerworks.com,
ivcfiling@lawyerworks.com
(Asst. molvera@lawyerworks.com)
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The foregoing document will be served via the Clerk of the Court, on June 26, 2026, using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James Hearon
James Hearon

NOTICE OF SUGGESTION OF DEATH – Page 1